FILED ENTERED                    RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                              DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:10-CR-361-LDG (RJJ) |
| v. | ) |
| ROLANDO HERNANDEZ, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT ROLANDO HERNANDEZ**

On September 28, 2010, the Court entered an Amended Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section 853(a)(2), forfeiting property of defendant ROLANDO HERNANDEZ to the United States of America (#70);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Amended Preliminary Order of Forfeiture (#70) is final as to the defendant ROLANDO HERNANDEZ.

DATED this 22 day of April, 2011.

UNITED STATES DISTRICT JUDGE