# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROLANDO HERNANDEZ,

    Defendant.

Case No. 2:10-cr-00361-LDG

**ORDER**

    The defendant, Rolando Herndandez, moves for early termination of his supervised release (ECF No. 159). The United States has filed a response indicating that, after consultation with the defendant's Probation Officer, the government does not oppose the early termination (ECF No. 160). Accordingly, for good cause shown,

    THE COURT **ORDERS** that Defendant's Motion for Early Termination of Supervised Release (ECF no. 159) is GRANTED;

    THE COURT FURTHER **ORDERS** that the term of Defendant's Supervised Release shall terminate effective upon the filing of this Order.

DATED this \_\_17\_\_ day of November, 2017.

_____
Lloyd D. George
United States District Judge